# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 12, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130689 & (81)(82)

NORTHERN WAREHOUSING, INC.,
d/b/a NORTHERN FOOD SERVICE,
   Plaintiff-Appellee,

v

STATE OF MICHIGAN, DEPARTMENT
OF EDUCATION,
   Defendant-Appellant.

SC: 130689
COA: 260598
Court of Claims:
 04-000239-MK

_____/

  On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 7, 2006 judgment of the Court of Appeals and the motion for stay are considered. We DIRECT the parties to file supplemental briefs within 14 days stating whether the contract between plaintiff and the State of Michigan was renewed for the 2005-2006 school year or beyond.

  The application for leave to appeal and the motion for stay remain pending.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 12, 2006

d0411

           Clerk